```
SEYFARTH SHAW LLP
Kari Erickson Levine (SBN 146101) klevine@seyfarth.com
Andrew M. McNaught (SBN 209093) amcnaught@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
UNITED AIRLINES, INC.
```

E-filing

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JENKINS, <br><br> Plaintiff, <br><br> v. <br><br> UNITED AIR LINES, INC., and DOES 1 to 10, inclusive <br><br> Defendant. | Case No. <br><br> **NOTICE TO INTERESTED PARTIES** <br><br> (San Francisco Superior Court Case No. CGC08-474084) |

**TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

The undersigned, counsel of record for Defendant United Airlines, Inc. certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Interested Parties:

1. Richard Jenkins – Plaintiff.
2. United Airlines, Inc. – Defendant.

3. UAL Corporation. – Parent Company of Defendant.\

DATED: May 16, 2008

SEYFARTH SHAW LLP

By /s/ A. M. M.
Kari Erickson Levine
Andrew M. McNaught

Attorneys for Defendant
UNITED AIRLINES, INC.

Notice to Interested Parties