1  SEYFARTH SHAW LLP
   Kari Erickson Levine (SBN 146101) klevine@seyfarth.com
2  Andrew M. McNaught (SBN 209093) amcnaught@seyfarth.com
   560 Mission Street, Suite 3100
3  San Francisco, California 94105
   Telephone: (415) 397-2823
4  Facsimile: (415) 397-8549

5  Attorneys for Defendant
   UNITED AIR LINES, INC.

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| RICHARD JENKINS | ) | Case No. CV 08-02508 JCS |
|---|---|---|
| Plaintiff, | ) | **PROOF OF SERVICE** |
| v. | ) | |
| UNITED AIR LINES, INC., and DOES 1 to 10, inclusive | ) | |
| Defendant. | ) | |

Proof of Service/Case No. CV08-02509 JCS

|   |   |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | STATE OF CALIFORNIA    ) |
|   |                                          ) ss |
| 3 | COUNTY OF SAN FRANCISCO  ) |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 560 Mission Street, Suite 3100, San Francisco, California 94105. On May 16, 2008, I served the within documents:

**NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA;**

**NOTICE TO INTERESTED PARTIES;**

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;**

**ECF REGISTRATION INFORMATION HANDOUT;**

**WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO; and**

**NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL**

☐ I sent such document from facsimile machine (415) 397-8549 on May 16, 2008. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (415) 397-8549 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at San Francisco, California, addressed as set forth below.

☐ by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

      Kathleen A. McCormac
      Seth Merrick
      McCormac & Associates
      655 Montgomery Street, Ste 1200
      San Francisco, CA 94111
      Tel: 415-399-1722
      Fax: 415-399-1733

I am readily familiar with the firm's practice of collection and processing correspondence

1  for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same
2  day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on
3  motion of the party served, service is presumed invalid if postal cancellation date or postage
4  meter date is more than on day after the date of deposit for mailing in affidavit.

5        I declare under penalty of perjury under the laws of the State of California that the above
6  is true and correct.

7        Executed on May 16, 2008, at San Francisco, California.

*Juliana Blackwell*
Juliana Blackwell

SF1 28323425.1 / 59000-000026

-2-

Proof of Service/Case No. CV08-02508