1    SEYFARTH SHAW LLP
     Kari Erickson Levine (SBN 146101) klevine@seyfarth.com
2    Andrew M. McNaught (SBN 209093) amcnaught@seyfarth.com
     560 Mission Street, Suite 3100
3    San Francisco, California 94105
     Telephone: (415) 397-2823
4    Facsimile: (415) 397-8549

5    Attorneys for Defendant
     UNITED AIRLINES, INC.

6

7

8

9                    UNITED STATES DISTRICT COURT

10            IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

11   RICHARD JENKINS                    )    Case No. CV 08-02508 JCS
                                        )
12              Plaintiff,              )    **DECLINATION TO PROCEED**
                                        )    **BEFORE A MAGISTRATE JUDGE**
13        v.                            )
                                        )    **AND**
14   UNITED AIR LINES, INC., and DOES 1 to 10, )
     inclusive                         )    **REQUEST FOR REASSIGNMENT TO**
15                                      )    **A UNITED STATES DISTRICT JUDGE**
                Defendant.              )
16   _____ )

17

18         REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

19         The undersigned party in the above-captioned civil matter hereby declines to consent to

20   the assignment of this case to a United States Magistrate Judge for trial and disposition and

21   hereby requests the reassignment of this case to a United States District Judge.

22   DATED: May 20, 2008                    SEYFARTH SHAW LLP

23

24                                          By_____

25                                               Andrew M. McNaught
                                            Attorneys for Defendant
26                                          UNITED AIRLINES, INC.

27

28
     SFI 28323839.1 / 59000-000026