**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

**May 21, 2008**

**CASE NUMBER:  CV 08-02508 JCS**
**CASE TITLE:  RICHARD JENKINS-v-UNITED AIR LINES**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable PHYLLIS J. HAMILTON** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **PJH** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 5/21/08

FOR THE EXECUTIVE COMMITTEE:

_____  
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies               Special Projects
Log Book Noted                              Entered in Computer 5/21/08 MAB

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                     Transferor CSA