KATHLEEN A. McCORMAC (#159012)
SETH MERRICK (#231607)
McCORMAC & ASSOCIATES
655 Montgomery Street, Suite 1200
San Francisco, CA 94111
Tel: (415) 399-1722
Fax: (415) 399-1733

Attorneys for Plaintiff
RICHARD JENKINS


KARI ERICKSON LEVINE (#146101)
ANDREW M. McNAUGHT (#209093)
SEYFARTH SHAW LLP
560 Mission Street, Suite 3100
San Francisco, CA 94105
Tel: (415) 397-2823
Fax: (415) 397-8549

Attorneys for Defendant
UNITED AIRLINES, INC.

# UNITED STATES DISTRICT COURT

## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JENKINS,<br><br>PLAINTIFF,<br>vs.<br>UNITED AIR LINES, INC., and DOES 1 to 10, inclusive,<br><br>DEFENDANT(S). | Case No.: CV 08-02508 ~~JCS~~ PJH<br><br>**STIPULATION OF DISMISSAL AND ORDER** |

IT IS HEREBY STIPULATED, by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice

//
//
//

-1-
**STIPULATION OF DISMISSAL**



1  Dated: July 21, 2008                    McCORMAC & ASSOCIATES

                                           *Kathleen A. McCormac*
                                           KATHLEEN A. McCORMAC
                                           Attorneys for Plaintiff

7  Dated: July 22, 2008                    SEYFARTH SHAW LLP

                                           *[signature]*
                                           ANDREW McNAUGHT
                                           Attorneys for ~~Plaintiff~~ Defendant

   8/13/08



-2-
STIPULATION OF DISMISSAL